IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
    CHRISTOPHER REINHART TORDSEN )     CASE NO: 3:17-bk-04581
    MICHELLE DAWN TORDSEN )     CHAPTER 13
        Debtors )     JUDGE MARIAN F. HARRISON

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 7/9/2020**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 7/22/2020, AT 8:30 A.M. IN COURTROOM 1, SECOND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE 37203.**

### NOTICE OF MOTION TO MODIFY PLAN
### TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS
### DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

    Debtors have asked the court for the following relief: to temporarily suspend chapter 13 plan payments due to impact of COVID-19 for a period of 60 days.

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.     File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

    If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.     Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov.

    If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:     June 17, 2020                            */s/ Alise Housden*
                                                                       Alise Housden, TN BPR #34282
                                                                       *Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                         )
                                               )
    CHRISTOPHER REINHART TORDSEN)            CASE NO: 3:17-bk-04581
    MICHELLE DAWN TORDSEN         )            CHAPTER 13
        Debtors                   )            JUDGE MARIAN F. HARRISON

**MOTION TO MODIFY PLAN
TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS
DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS**

Comes Christopher Reinhart Tordsen and Michelle Dawn Tordsen, by and through counsel, and hereby moves this court for an order temporarily suspending chapter 13 plan payments for a period of 60 days.

1. Debtors filed a M*otion to Modify Plan to Temporarily Suspend Chapter 13 Plan Payment due to Impact of Covid-19 for a Period of 60 Days* [Court Docket No. 61] when Debtor's hours were first reduced.

2. Debtors' income has been impacted by the COVID-19 pandemic. *Please see the attached statement by the Debtor*.

3. Debtor is employed at SPSI in Maple Grove, Minnesota as a service manager. Debtor's employer reduced his hours significantly. *Please see the attached Amended Family Budget.*

4. Debtor is receiving $275.00 weekly in unemployment benefits.

5. Debtor is not aware of how long the impact will last nor when he may return to work full time.

6. Joint Debtor is not working and not receiving any income.

7. Despite Debtors' best efforts, funding of the plan will leave the Debtors without sufficient income to meet necessary living expenses.

8. This suspension will not allow the plan to complete within 60 months.

9. Debtor proposes:

    a. The plan payments be suspended for an additional 60 days due to COVID-19 beginning upon the filing of the Motion.

    b. During the period of suspension, the Trustee refund to the Debtors any funds received.

    c. After the period of suspension, plan payments remain at $436.50 bi-weekly.

    d. The guaranteed minimum dividend to allowed unsecured claim remain at 0%.

    e. After the period of suspension, the Debtors make all future payments in accordance with the confirmed Chapter 13 plan.

WHEREFORE, PREMISES CONSIDERED, Christopher Reinhart Tordsen prays for an order temporarily suspending chapter 13 plan payments for a period of 60 days beginning with the filing of this motion.

Dated on June 17, 2020.          Respectfully submitted,

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtors*



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER REINHART TORDSEN ) | CASE NO: 3:17-bk-04581 |
| MICHELLE DAWN TORDSEN ) | CHAPTER 13 |
| Debtors ) | JUDGE MARIAN F. HARRISON |

**ORDER MODIFYING PLAN
TO TEMPORARILY SUSPEND DEBTORS' CHAPTER 13 PLAN PAYMENTS
DUE TO THE IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS**

Upon consideration of Debtors' Motion to Suspend Chapter 13 Plan Payments due to impact of COVID-19, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED that the Debtors' Chapter 13 plan payments be suspended due to the impacts of COVID-19 for a period of 60 days beginning on the date the motion was filed. It is further

ORDERED that the Chapter 13 Trustee shall refund any funds received to the Debtors during the period of suspension. It is further

ORDERED that after the period of suspension, the plan payments remain at $436.50 bi-weekly. It is further

ORDERED that the guaranteed minimum dividend payable to the general unsecured creditors and the treatment of all secured creditors shall remain at 0%. It is further

ORDERED that it is the obligation of the Debtors to make all future payments after the expiration of this temporary suspension in accordance with the confirmed Chapter 13 plan.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER REINHART TORDSEN ) | CASE NO: 3:17-bk-04581 |
| MICHELLE DAWN TORDSEN ) | CHAPTER 13 |
|     Debtors ) | JUDGE MARIAN F. HARRISON |

## STATEMENT OF DEBTOR

Debtor, Christopher Reinhart Tordsen, states the following is true to the best of my knowledge, information, and belief:

1. I am currently employed at SPSI, in Maple Grover, Minnesota, as a service manager.

2. Due to the impacts of Covid-19, my employer has reduced my hours causing my pay to reduce significantly.

3. I am receiving unemployment benefits.

4. I am receiving $275.00 weekly in unemployment benefits.

5. A *Motion to Modify Plan to Temporarily Suspend Payments due to Impact of Covid-19 for a Period of 60 Days* [Court Docket No. 61] was filed on March 24, 2020 when my employer first reduced my hours. This is a second request as my income has not changed.

6. I do not know when I may be able to return to work full time.

I declare under penalty of perjury that these statements are true and correct.

Executed on:  6/16/2020

                                                  /s/ CHRISTOPHER REINHART TORDSEN
                                                CHRISTOPHER REINHART TORDSEN (*Debtor*)

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:

**CHRISTOPHER REINHART TORDSEN**  CASE NO.  3:17-bk-04581
**MICHELLE DAWN TORDSEN**
**DEBTORS**  CHAPTER 13

### AMENDED MONTHLY FAMILY BUDGET

|  |  |  | Prior Budget | Current Budget |
|---|---|---|---|---|
| Dates of Budgets: |  |  | 7/6/2017 | 6/16/2020 |
| **EXPENSES** |  |  |  |  |
| Rent/Mortgage Payment: |  |  | $1,350.00 | $1,350.00 |
| Utilities: | Prior | Current |  |  |
|     Electric, heat, natural gas | $195.00 | $195.00 |  |  |
|     Water, sewer | $63.00 | $63.00 |  |  |
|     Telephone/Cell Phone/Inet/Cable | $393.00 | $393.00 |  |  |
|     Home Maintenance | $0.00 | $0.00 |  |  |
|     HOA Dues | $0.00 | $0.00 |  |  |
|     Other | $0.00 | $0.00 |  |  |
|     Other: | $0.00 | $0.00 |  |  |
|     Total Utilities |  |  | $651.00 | $651.00 |
| Food |  |  | $700.00 | $700.00 |
| Child Care, Children Education Costs |  |  | $156.00 | $156.00 |
| Clothing, Laundry, dry cleaning |  |  | $70.00 | $70.00 |
| Personal Care Products |  |  | $70.00 | $70.00 |
| Medical and Dental Expenses |  |  | $100.00 | $100.00 |
| Transportation (not including car pmts |  |  | $350.00 | $350.00 |
| Insurance (not deducted from wages): |  |  |  |  |
|     Auto | $350.00 | $350.00 |  |  |
|     Life | $0.00 | $0.00 |  |  |
|     Home | $0.00 | $0.00 |  |  |
|     Renters | $0.00 | $0.00 |  |  |
|     Other: | $0.00 | $0.00 |  |  |
|     Total Insurance: |  |  | $350.00 | $350.00 |
| Taxes: (not deducted from wages) |  |  | $0.00 | $0.00 |
| Domestic Support (Alimony, Child Support) |  |  | $0.00 | $0.00 |
| Car Payments |  |  | $0.00 | $0.00 |
| Other Monthly Expenses |  |  |  |  |
|     Entertainment |  |  | $0.00 | $0.00 |
|     Charitable/Religious Donations |  |  | $0.00 | $0.00 |
|     Other |  |  | $0.00 | $0.00 |
|     Other |  |  | $0.00 | $0.00 |
|     Other |  |  | $0.00 | $0.00 |
|     Other |  |  | $0.00 | $0.00 |
| **TOTAL MONTHLY EXPENSES:** |  |  | **$3,797.00** | **$3,797.00** |

| **INCOME** | | | Prior Budget | Current Budget |
|---|---|---|---|---|
| Debtor's Gross Income: | | | $6,666.66 | $1,041.75 |
| Spouse's Gross Income: | | | $0.00 | $0.00 |
| Payroll Deductions: | | | | |
|     Payroll Taxes | $882.01 | $79.70 | | |
|     401(k) | $0.00 | $0.00 | | |
|     Insurance | $876.33 | $0.00 | | |
|     401(k) Loan | $0.00 | $0.00 | | |
|     Other | $52.22 | $0.00 | | |
|     Other | $0.00 | $0.00 | | |
|     Total Payroll Deductions: | | | $1,810.56 | $79.70 |
| Other Regular Income: | | | | |
|     Support/Alimony | $0.00 | $0.00 | | |
|     Pension/SS/VA | $0.00 | $0.00 | | |
|     Family Contributions | $0.00 | $0.00 | | |
|     Unemployment | $0.00 | $1,191.67 | | |
|     Other | $0.00 | $0.00 | | |
|     Other | $0.00 | $0.00 | | |
|     Other: | $0.00 | $0.00 | | |
|     Total Other Regular Income: | | | $0.00 | $1,191.67 |
| **TOTAL MONTHLY INCOME:** | | | $4,856.10 | $2,153.72 |

| **SUMMARY:** | | | | |
|---|---|---|---|---|
| Total Monthly Income | | | $4,856.10 | $2,153.72 |
| Minus Total Monthly Expenses | | | $3,797.00 | $3,797.00 |
| Equals Monthly Surplus: | | | **$1,059.10** | **-$1,643.28** |

| | | |
|---|---|---|
| Monthly Plan Payment: | $945.75 | $945.75 |
| Duration of Plan (months): | 60 Months | 26 Months Remaining |
| Dividend to Unsecured Creditors ( | 0.00% | 0.00% |
| Secured Creditors Affected: | | |

*Explain any increase/decrease in income/expenses that exceeds 10%:
Income: Income reflects Debtor's reduced hours and his unemployment income.

| /s/ CHRISTOPHER REIN | /s/ MICHELLE DAWN TORDSEN |
|---|---|
| *Debtor* | *Joint Debtor* |
| June 16, 2020 | June 16, 2020 |
| *Date* | *Date* |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: CHRISTOPHER REINHART TORDSEN<br>MICHELLE DAWN TORDSEN | CASE NO: 3:17-bk-04581<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/17/2020, I did cause a copy of the following documents, described below,

Debtors' Motion to Modify Plan to Temporarily Suspend Chapter 13 Plan Payments due to Impact of Coivd-19 for a Period of 60 Days

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2020

Total mailings: 129 @ $1.00 per mailing - $129.00

/s/ Jon Daniel Long
Jon Daniel Long  31211
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN  37209-0000
615 386 0075

| | |
|---|---|
| IN RE: CHRISTOPHER REINHART TORDSEN<br>MICHELLE DAWN TORDSEN | CASE NO: 3:17-bk-04581<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/17/2020, a copy of the following documents, described below,

Debtors' Motion to Modify Plan to Temporarily Suspend Chapter 13 Plan Payments due to Impact of Coivd-19 for a Period of 60 Days

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon Daniel Long
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN  37209-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
   LABEL MATRIX FOR LOCAL NOTICING
06503
CASE 3-17-BK-04581
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE
WED JUN 17 10-52-18 CDT 2020

CAPITAL ASSET RECOVERY
P O BOX 192585
DALLAS TX 75219-8523

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
PO BOX 165028
IRVING TX 75016-5028

EXCLUDE
701 BROADWAY ROOM 170
NASHVILLE TN 372033979

3D FINANCIAL
1203 S MAIN ST
COLUMBIA TN 38401-3735

AFS ACCEPTANCE LLC
1475 W CYPRESS CREEK RD 300
FORT LAUDERDALE FL 33309-1931

AMCA
PO BOX 1235
ELMSFORD NY 10523-0935

ASC
PO BOX 981
FREDERICK MD 21705

ATT
PO BOX 5014
CAROL STREAM IL 60197-5014

ADV COL PRO
PO BOX 353
CAMBRIDGE MN 55008-0353

AFS ACCEPTANCE LLC
1475 W CYPRESS CREEK RD
FORT LAUDERDALE FL 33309-1931

ALTERNATIVE RECOVERY M
7373 UNIVERSITY AVE STE
LA MESA CA 91942-0524

AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICAN ACCOUNTS AND ADVISERS
7460 80TH ST S
COTTAGE GROVE MN 55016-3007

AMERICOLLECT
PO BOX 1505
MANITOWOC WI 54221-1505

BARCLAYS BANK DELAWARE
100 S WEST ST
WILMINGTON DE 19801-5015

CASH TO GO
1408 C NASHVILLE HWY
COLUMBIA TN 38401-2051

CBCS
PO BOX 2589
COLUMBUS OH 43216-2589

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CARDWORKSCW NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

CARVER COUNTY DISTRICT COURT
600 E 4TH ST
CHASKA MN 55318-2102

CARVER COUNTY MENTAL HEALTH
FIRST STREET CENTER
540 EAST FIRST ST
WACONIA MN 55387-1610

CASH 2 GO
408 S JAMES CAMPBELL BLVD
COLUMBIA TN 38401-4330

CAVALRY PORTFOLIO
500 SUMMIT LAKE DR
STE 400
VALHALLA NY 10595-2322

CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CCS COLLECTIONS                    CENER FOR DIAGNOSTIC IMAGING       CENTERPOINT ENERGY
725 CANTON ST                      PO BOX 1450                        PO BOX 4981
NORWOOD MA 02062-2679              MINNEAPOLIS MN 55485-1450          HOUSTON TX 77210-4981


CENTERPOINT ENERGY                 CHECK INTO CASH                    CHECK INTO CASH
PO BOX 59038                       ATTNCOLLECTIONS                    PO BOX 550
MINNEAPOLIS MN 55459-0038          PO BOX 550                         CLEVELAND TN 37364-0550
                                   CLEVELAND TN 37364-0550


CHILDRENS HOSPITAL AND CLINICS     CHILDRENS WEST                     CITY TREASURY OFFICE
2525 CHICAGO AV                    5901 LINCOLN DR                    PO BOX 2148
MINNEAPOLIS MN 55404-4597          MINNEAPOLIS MN 55436-1611          CEDAR RAPIDS IA 52406-2148


CITY OF HAMBURG                    CITY OF RIPON                      COLLECTION BUREAU OF LITTLE FALLS
181 BROADWAY AV                    100 JACKSON ST                     PO BOX 246
HAMBURG MN 55339-9405              RIPON WI 54971-1396                LITTLE FALLS MN 56345-0246


COMPREHENSIVE PAIN SPECIALISTS     CONSULTING RADIOLOGISTS            CONVERGENT OUTSOURCING
PO BOX 440210                      BILLING DEPARTMENT                 800 SW 39TH ST
NASHVILLE TN 37244-0210            1221 NICOLLET MALL STE 600         RENTON WA 98057-4927
                                   MINNEAPOLIS MN 55403-2420


CREDIT ACCEPTANCE                  CREDIT COLLECTION SERVICES         CREDIT COLLECTIONS SVC
25505 WEST 12 MILE RD              725 CANTON ST                      PO BOX 773
SUITE 3000                         NORWOOD MA 02062-2679              NEEDHAM MA 02494-0918
SOUTHFIELD MI 48034-8331


CREDIT ONE BANK NA                 DEPARTMENT OF EMPLOYMENT AND ECONOMIC   DIRECTV
PO BOX 98873                       DE                                 PO BOX 5007
LAS VEGAS NV 89193-8873            PO BOX 4629                        CAROL STREAM IL 60197-5007
                                   SAINT PAUL MN 55101-4629


DIRECTV LLC                        DIVERSIFIED ADJUSTMENTS SVC        DR RICHARD VEHE
BY AMERICAN INFOSOURCE LP AS AGENT POB 32145                          UNIVERSITY OF MINNESOTA
PO BOX 5008                        MINNEAPOLIS MN 55432-0145          2450 RIVERSIDE AV
CAROL STREAM IL 60197-5008                                            MINNEAPOLIS MN 55454-1450


ERC                                ECONO FOODS NASH FINCH             EMANUEL LUTHERAN SCHOOL
PO BOX 57610                       CO TRS RECOVERY SERVICES           18155 COUNTY RD 50
JACKSONVILLE FL 32241-7610         5251 WESTHEIMER RD                 HAMBURG MN 55339-9406
                                   HOUSTON TX 77056-5412
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FINANCIAL RECOVERY SERVICES INC         FINKELSTEIN KERN STEINBERG  CUNNINGHA    FORD MOTOR CREDIT COMPANY
PO BOX 385908                           PO BOX 1                                 P O BOX 62180
MINNEAPOLIS MN 55438-5908               KNOXVILLE TN 37901-0001                  COLORADO SPRINGS CO 80962-2180


FST PREMIER                             GAVIN DONLEY  OSTLUND LTD                GAMESTOP
601 S MINNEAPOLIS AVE                   1017 HENNEPIN AVENUE NORTH               CO CERTEGY PAYMENT RECOVERY
SIOUX FALLS SD 57104                    GLENCOE MN 55336-2218                    11601 ROOSEVELT BLVD
                                                                                 SAINT PETERSBURG FL 33716-2202


GAVIN WINTERS DONLEY  OSTLUND LTD       GLENCOE REGIONAL HEALTH SVCS             GREAT LAKES
1017 HENNEPIN AV N                      1805 HENNEPIN AV N                       PO BOX 530229
GLENCOE MN 55336-2218                   GLENCOE MN 55336-1416                    ATLANTA GA 30353-0229


GREAT LAKES PATHOLOGIST                 GREENTREE SERVICING LLC                  GREGORY HANSEN ESQ
PO BOX 78420                            BANKRUPTCY DEPARTMENT                    920 SECOND AV S STE 800
MILWAUKEE WI 53278-0420                 P O BOX 6154                             MINNEAPOLIS MN 55402-4007
                                        RAPID CITY SD 57709-6154


GURSTEL CHARGO                          HUGHSTON CLINIC ORTHOPAEDICS             HUTCHINSON HEALTHCARE
6681 COUNTRY CLUB DR                    PO BOX 306073                            1095 HWY 15
MINNEAPOLIS MN 55427-4601               NASHVILLE TN 37230-6073                  HUTCHINSON MN 55350-3182


IRS                                     ILLINOIS TOLLWAY                         INSOLVE AUTO FUNDING LLC CO CAPITAL
PO BOX 7346                             2700 OGDEN AV                            RECOVE
PHILADELPHIA PA 19101-7346              DOWNERS GROVE IL 60515-1703              PO BOX 64090
                                                                                 TUCSON AZ 85728-4090


INLAND BANK                             JC PENNEY                                JONAS CENTER
CO SUSAN FAULKNER                       3802 NORTHDALE BLVD                      925 12TH ST E
736 CURREY RD                           TAMPA FL 33624-1833                      GLENCOE MN 55336-2337
NASHVILLE TN 37217-2370


KOHLSCAPITAL ONE                        LVNV FUNDING LLC ITS SUCCESSORS AND      LABORATORY CORPORATION OF AMERICA
KOHLS CREDIT                            ASSIGNS                                  PO BOX 2240
PO BOX 3043                             ASSIGNEE OF FNBM LLC                     BURLINGTON NC 27216-2240
MILWAUKEE WI 53201-3043                 RESURGENT CAPITAL SERVICES
                                        PO BOX 10587
                                        GREENVILLE SC 29603-0587


LAKEVIEW CLINIC                         MERRICK BANK                             MIDLAND FUNDING LLC
424 HWY 5 W                             RESURGENT CAPITAL SERVICES               PO BOX 2011
WACONIA MN 55387-1795                   PO BOX 10368                             WARREN MI 48090-2011
                                        GREENVILLE SC 29603-0368
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA DEPT OF EMPLOYMENT AND ECONOMIC DEVELOPMENT<br>332 MINNESOTA STREET SUITE E200<br>ATTN UI OP<br>ST PAUL MN 55101-1349 | MAYO CLINIC<br>200 SW 1ST ST<br>ROCHESTER MN 55901-3004 | MEDIA COM<br>PO BOX 5040<br>APACHE JUNCTION AZ 85178-0018 |
| MELCHERT HUBERT SJODIN PLLC<br>121 MAIN ST STE 200<br>WACONIA MN 55387-1005 | MIDLAND FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO CA 92193-9069 | MIDWEST OUTDOOR RESORTS<br>111 SHORE DR<br>BURR RIDGE IL 60527-5885 |
| MINNESOTA DEPT OF REVENUE<br>COLLECTION ENFORCEMENT BKY<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 | MINNESOTA OTOLARYNGOLOGY PA<br>675 WATER ST<br>EXCELSIOR MN 55331-3072 | MINUTE CLINIC<br>POB 8443<br>BELFAST ME 04915-8443 |
| NORTHLAND GROUP<br>POB 390846<br>MINNEAPOLIS MN 55439-0846 | NORTHSTAR LOCATION SERVICES LLC<br>ATTN FINANCIAL SERVICES DEPT<br>4285 GENESEE STREET<br>CHEEKTOWAGA NY 14225-1943 | ORCHARD BANK<br>PO BOX 5222<br>CAROL STREAM IL 60197-5222 |
| PARK NICOLLET HEALTH SERVICES<br>3800 PARK NICOLLET BLVD<br>MINNEAPOLIS MN 55416-2527 | PATRICK BURNS AND ASSOCIATES<br>8401 WAYZATA BLVD STE 300<br>MINNEAPOLIS MN 55426-1354 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 772813<br>CHICAGO IL 60677-2813 | PROFESSIONAL ACCOUNT MANAGEMENT<br>PO BOX 1487<br>MILWAUKEE WI 53201-1487 | PROFESSIONAL SERVICE BUREAU<br>PO BOX 548<br>ANOKA MN 55303-0548 |
| RIDGEVIEW MEDICAL CENTER<br>500 SOUTH MAPLE STREET<br>WACONIA MN 55387-1791 | RAZOR CAPITAL LLC<br>8000 NORMAN CENTER DRIVE 860<br>MINNEAPOLIS MN 55437-1174 | RIDGEVIEW HOME MEDICAL EQUIPMENT<br>501 SOUTH MAPLE STE 2<br>WACONIA MN 55387-0096 |
| RIDGEVIEW SIBLEY MEDICAL CENTER<br>601 WEST CHANDLER ST<br>ARLINGTON MN 55307-2127 | RIPON MEDICAL CENTER<br>430 E DIVISION ST<br>FOND DU LAC WI 54935-4560 | RIVERLINK<br>PO BOX 15799<br>AUSTIN TX 78761-5799 |
| SPRING HILL IMAGING<br>2000 RICHARD JONES ROAD<br>SUITE 270<br>NASHVILLE TN 37215-2872 | SPRING HILLS IMAGING<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE TN 37950-0250 | STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE<br>MINNESOTA REVENUE<br>PO BOX 64447 BKY<br>ST PAUL MN 55164-0447 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SOUTHDALE PEDIATRI ASOCIATES LTD
3955 PARKLAWN AV STE 120
EDINA MN 55435-5660

SPRING HILL IMAGING
5421 MAIN ST 3
SPRING HILL TN 37174-4411

SPRINT CORP ATTN  BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

STATE FARM INSURANCE
ONE STATE FARM PLAZA
BLOOMINGTON IL 61710-0001

STONE CREEK PSYCHIATRY
7945 STONE CREEK DR 130
CHANHASSEN MN 55317-4698

SUBWAY
CO LINDYS COLLECTION SERVICE
PO BOX 99
NEW ULM MN 56073-0099

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TARGET
BANKRUPTCY DEPARTMENT
PO BOX 1327
MINNEAPOLIS MN 55440-1327

TARGET CLINIC
PO BOX 0915
MINNEAPOLIS MN 55440-0915

TENNESSEE ORTHOPAEDIC ALLIANCE
PO BOX 9124
MINNEAPOLIS MN 55480-9124

TEXAS GUARANTEED STD LOAN CORP
PO BOX 83100
ROUND ROCK TX 78683-3100

THE AFFILIATED GROUP I
3055 41ST ST NW STE 100
ROCHESTER MN 55901-9013

TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

TWIN CITIES SPINE CENTER
913 E 26TH ST
STE 600
MINNEAPOLIS MN 55404-4515

U OF M PHYSICIANS
PO BOX 86
MINNEAPOLIS MN 55486-0086

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

CM/ECF E-SERVICE
US TRUSTEE +
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE TN 37203-3966

US DEPT OF EDGREAT LAKES HIGHER
EDUCATI
ATTN BANKRUPTCY
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

VANDERBILT UNIVERSITY MEDICAL CENTER
PO BOX 121171
DEPT 1171
DALLAS TX 75312-1171

WAKEFIELD AND ASSOCIATES
PO BOX 50250
KNOXVILLE TN 37950-0250

WAST MANAGEMENT
10050 NAPLES ST NE
MINNEAPOLIS MN 55449-6900

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

DEBTOR
CHRISTOPHER REINHART TORDSEN
843 RAVOUX CIRCLE
CHASKA MN 55318-2406

CM/ECF E-SERVICE
HENRY EDWARD HILDEBRAND III +
OFFICE OF THE CHAPTER 13 TRUSTEE
PO BOX 340019
NASHVILLE TN 37203-0019

CM/ECF E-SERVICE
JON DANIEL LONG +
LONG BURNETT  JOHNSON PLLC
302 42ND AVE NO
NASHVILLE TN 37209-3602

MICHELLE DAWN TORDSEN
843 RAVOUX CIRCLE
CHASKA MN 55318-2406